🖨 EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BARTOW COUNTY, GEORGIA

**SUCV2023001640**

**JAN 02, 2024 10:40 AM**

*Melba Scoggins*
Melba Scoggins, Clerk
Bartow County, Georgia

**DEFENDANT'S EXHIBIT**

**2**

## IN THE SUPERIOR COURT OF BARTOW COUNTY
## STATE OF GEORGIA

JAMES JOHN DUNCAN, JR.

      Plaintiff,

                                    CIVIL ACTION NUMBER
                                      SUCV2023001640

vs

BARTOW COUNTY, a political subdivision
of the State of Georgia;
CLARK MILLSAP in his individual capacity
and in his official capacity as Sheriff of
Bartow County, Georgia,
CORRECTHEALTH BARTOW, LLC;
MADISON BANKSTON; CHARLOTTE HALL,
TONYA JOSEPH; CHRISTINA CATRON;
REBECCA HAMILTON; SHEILA WILLIAMS;
PATRICIA LEE; KELLY KURTZ;
PHILLIP NOWLIN; FLESHA MYRICKS;
JENNIFER PULIDO; CHANTAL DESSOURCES;
CALLIE EVANS; AND
FIRST NAME UNKNOWN SHIRLEY

      Defendants,

### RETURN OF SERVICE

      PERSONALLY APPEARED before me, the undersigned officer of
the State of Georgia authorized to administer oaths, NAN LANGFORD
WINKELMAN who, upon being duly sworn and under oath states the following:

1.

I am over the age of eighteen years, am legally competent and able to make this affidavit and have never been convicted of a felony in this or any other State, which is based upon my own personal knowledge.

2.

I make this affidavit for use in the above-captioned action and for all legal purposes do not know the parties and have no interest in the outcome.

3.

I hereby certify that I have this day personally served Rebecca Hamilton at her place of employment, Bartow County Jail, 104 Zena Drive, Cartersville, GA 30120 on December 20, 2023 at 5:50 p.m. with a Summons and Complaint for Damages and Demand for Jury Trial with Attached Exhibits 1, 2 and 3.

Dated this the 28th day of December 2023.


_____
Nan Langford Winkelman
325 East 1st Avenue
Rome, GA 30161
706-346-4558


Sworn to and subscribed before
me on this the 28th day of December 2023

_____
Notary Public, State of Georgia
My Commission Expires: 5.25.25

CIVIL ACTION: SUCV2023001640

⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BARTOW COUNTY, GEORGIA

**SUCV2023001640**

**JAN 02, 2024 10:40 AM**

*Melba Scoggins*
Melba Scoggins, Clerk
Bartow County, Georgia

IN THE SUPERIOR COURT OF BARTOW COUNTY
STATE OF GEORGIA

JAMES JOHN DUNCAN, JR.

    Plaintiff,

                                    CIVIL ACTION NUMBER
                                    SUCV2023001640

vs

BARTOW COUNTY, a political subdivision
of the State of Georgia;
CLARK MILLSAP in his individual capacity
and in his official capacity as Sheriff of
Bartow County, Georgia,
CORRECTHEALTH BARTOW, LLC;
MADISON BANKSTON; CHARLOTTE HALL,
TONYA JOSEPH; CHRISTINA CATRON;
REBECCA HAMILTON; SHEILA WILLIAMS;
PATRICIA LEE; KELLY KURTZ;
PHILLIP NOWLIN; FLESHA MYRICKS;
JENNIFER PULIDO; CHANTAL DESSOURCES;
CALLIE EVANS; AND
FIRST NAME UNKNOWN SHIRLEY

    Defendants,

RETURN OF SERVICE

      PERSONALLY APPEARED before me, the undersigned officer of
the State of Georgia authorized to administer oaths, NAN LANGFORD
WINKELMAN who, upon being duly sworn and under oath states the following:

1.

I am over the age of eighteen years, am legally competent and able to make this affidavit and have never been convicted of a felony in this or any other State, which is based upon my own personal knowledge.

2.

I make this affidavit for use in the above-captioned action and for all legal purposes do not know the parties and have no interest in the outcome.

3.

I hereby certify that I have this day personally served Clark Millsap at 104 Zena Drive, Cartersville, GA 30120 on December 18, 2023, at 11:25 a.m. with a Summons and Complaint for Damages and Demand for Jury Trial with Attached Exhibits 1, 2 and 3.

Dated this the 28th day of December 2023.

Nan Langford Winkelman
325 East 1st Avenue
Rome, GA 30161
706-346-4558

Sworn to and subscribed before
me on this the 28th day of December 2023

Notary Public, State of Georgia
My Commission Expires: 5.25.25

CIVIL ACTION: SUCV2023001640

**⚡ EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
BARTOW COUNTY, GEORGIA

**SUCV2023001640**

**JAN 02, 2024 10:40 AM**

*Melba Scoggins*
Melba Scoggins, Clerk
Bartow County, Georgia

## IN THE SUPERIOR COURT OF BARTOW COUNTY
## STATE OF GEORGIA

JAMES JOHN DUNCAN, JR.

     Plaintiff,

                                        CIVIL ACTION NUMBER
                                        SUCV2023001640

vs

BARTOW COUNTY, a political subdivision
of the State of Georgia;
CLARK MILLSAP in his individual capacity
and in his official capacity as Sheriff of
Bartow County, Georgia,
CORRECTHEALTH BARTOW, LLC;
MADISON BANKSTON; CHARLOTTE HALL,
TONYA JOSEPH; CHRISTINA CATRON;
REBECCA HAMILTON; SHEILA WILLIAMS;
PATRICIA LEE; KELLY KURTZ;
PHILLIP NOWLIN; FLESHA MYRICKS;
JENNIFER PULIDO; CHANTAL DESSOURCES;
CALLIE EVANS; AND
FIRST NAME UNKNOWN SHIRLEY

     Defendants,

## RETURN OF SERVICE

     PERSONALLY APPEARED before me, the undersigned officer of
the State of Georgia authorized to administer oaths, NAN LANGFORD
WINKELMAN who, upon being duly sworn and under oath states the following:

1.

I am over the age of eighteen years, am legally competent and able to make this affidavit and have never been convicted of a felony in this or any other State, which is based upon my own personal knowledge.

2.

I make this affidavit for use in the above-captioned action and for all legal purposes do not know the parties and have no interest in the outcome.

3.

I hereby certify that I have this day personally served Daniel Russo (Boyfriend/cotenant) for Madison Bankston at 121 Estate Drive, Cartersville, GA 30120 on December 19, 2023 at 6:50 p.m. with a Summons and Complaint for Damages and Demand for Jury Trial with Attached Exhibits 1, 2 and 3.

Dated this the 28th day of December 2023.

Nan Langford Winkelman
325 East 1st Avenue
Rome, GA 30161
706-346-4558

Sworn to and subscribed before
me on this the 28th day of December 2023

Notary Public, State of Georgia
My Commission Expires: 3.25.25

CIVIL ACTION: SUCV2023001640

🔲 **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
BARTOW COUNTY, GEORGIA

**SUCV2023001640**

**JAN 02, 2024 10:40 AM**

*Melba Scoggins*
Melba Scoggins, Clerk
Bartow County, Georgia

IN THE SUPERIOR COURT OF BARTOW COUNTY
STATE OF GEORGIA

JAMES JOHN DUNCAN, JR.

      Plaintiff,

                                      CIVIL ACTION NUMBER
                                      SUCV2023001640

vs

BARTOW COUNTY, a political subdivision
of the State of Georgia;
CLARK MILLSAP in his individual capacity
and in his official capacity as Sheriff of
Bartow County, Georgia,
CORRECTHEALTH BARTOW, LLC;
MADISON BANKSTON; CHARLOTTE HALL,
TONYA JOSEPH; CHRISTINA CATRON;
REBECCA HAMILTON; SHEILA WILLIAMS;
PATRICIA LEE; KELLY KURTZ;
PHILLIP NOWLIN; FLESHA MYRICKS;
JENNIFER PULIDO; CHANTAL DESSOURCES;
CALLIE EVANS; AND
FIRST NAME UNKNOWN SHIRLEY

      Defendants,

RETURN OF SERVICE

      PERSONALLY APPEARED before me, the undersigned officer of
the State of Georgia authorized to administer oaths, NAN LANGFORD
WINKELMAN who, upon being duly sworn and under oath states the following:

1.

I am over the age of eighteen years, am legally competent and able to make this affidavit and have never been convicted of a felony in this or any other State, which is based upon my own personal knowledge.

2.

I make this affidavit for use in the above-captioned action and for all legal purposes do not know the parties and have no interest in the outcome.

3.

I hereby certify that I have this day personally served Jennifer Pulido at her place of employment, Bartow County Jail, 104 Zena Drive, Cartersville, GA 30120 on December 18, 2023 at 11:40 a.m. with a Summons and Complaint for Damages and Demand for Jury Trial with Attached Exhibits 1, 2 and 3.

Dated this the 28th day of December 2023.

Nan Langford Winkelman
325 East 1st Avenue
Rome, GA 30161
706-346-4558

Sworn to and subscribed before
me on this the 28th day of December 2023

Notary Public, State of Georgia
My Commission Expires: 5.28.25

CIVIL ACTION SUCV2023001640

⊕ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BARTOW COUNTY, GEORGIA

**SUCV2023001640**

**JAN 02, 2024 10:40 AM**

*Melba Scoggins*
Melba Scoggins, Clerk
Bartow County, Georgia

## IN THE SUPERIOR COURT OF BARTOW COUNTY
## STATE OF GEORGIA

JAMES JOHN DUNCAN, JR.

     Plaintiff,

                                        CIVIL ACTION NUMBER
                                        SUCV2023001640

vs

BARTOW COUNTY, a political subdivision
of the State of Georgia;
CLARK MILLSAP in his individual capacity
and in his official capacity as Sheriff of
Bartow County, Georgia,
CORRECTHEALTH BARTOW, LLC;
MADISON BANKSTON; CHARLOTTE HALL,
TONYA JOSEPH; CHRISTINA CATRON;
REBECCA HAMILTON; SHEILA WILLIAMS;
PATRICIA LEE; KELLY KURTZ;
PHILLIP NOWLIN; FLESHA MYRICKS;
JENNIFER PULIDO; CHANTAL DESSOURCES;
CALLIE EVANS; AND
FIRST NAME UNKNOWN SHIRLEY

     Defendants,

## RETURN OF SERVICE

     PERSONALLY APPEARED before me, the undersigned officer of
the State of Georgia authorized to administer oaths, NAN LANGFORD
WINKELMAN who, upon being duly sworn and under oath states the following:

1.

I am over the age of eighteen years, am legally competent and able to make this affidavit and have never been convicted of a felony in this or any other State, which is based upon my own personal knowledge.

2.

I make this affidavit for use in the above-captioned action and for all legal purposes do not know the parties and have no interest in the outcome.

3.

I hereby certify that I have this day personally served CT Corporation System, Registered Agent for Correcthealth Bartow, LLC at 106 Colony Park Drive, Suite 800-B, Cumming, GA 30040 on December 15, 2023, at 11:55 a.m. with a Summons and Complaint for Damages and Demand for Jury Trial with Attached Exhibits 1, 2 and 3.

Dated this the 28th day of December 2023.

Nan Langford Winkelman
325 East 1st Avenue
Rome, GA 30161
706-346-4558

Sworn to and subscribed before
me on this the 28th day of December 2023

Notary Public, State of Georgia
My Commission Expires: __5.25.25__

✦ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BARTOW COUNTY, GEORGIA

**SUCV2023001640**

**JAN 02, 2024 10:40 AM**

*Melba Scoggins*
Melba Scoggins, Clerk
Bartow County, Georgia

IN THE SUPERIOR COURT OF BARTOW COUNTY
STATE OF GEORGIA

JAMES JOHN DUNCAN, JR.

      Plaintiff,

                                        CIVIL ACTION NUMBER
                                        SUCV2023001640

vs

BARTOW COUNTY, a political subdivision
of the State of Georgia;
CLARK MILLSAP in his individual capacity
and in his official capacity as Sheriff of
Bartow County, Georgia,
CORRECTHEALTH BARTOW, LLC;
MADISON BANKSTON; CHARLOTTE HALL,
TONYA JOSEPH; CHRISTINA CATRON;
REBECCA HAMILTON; SHEILA WILLIAMS;
PATRICIA LEE; KELLY KURTZ;
PHILLIP NOWLIN; FLESHA MYRICKS;
JENNIFER PULIDO; CHANTAL DESSOURCES;
CALLIE EVANS; AND
FIRST NAME UNKNOWN SHIRLEY

      Defendants,

### RETURN OF SERVICE

      PERSONALLY APPEARED before me, the undersigned officer of
the State of Georgia authorized to administer oaths, NAN LANGFORD
WINKELMAN who, upon being duly sworn and under oath states the following:

1.

I am over the age of eighteen years, am legally competent and able to make this affidavit and have never been convicted of a felony in this or any other State, which is based upon my own personal knowledge.

2.

I make this affidavit for use in the above-captioned action and for all legal purposes do not know the parties and have no interest in the outcome.

3.

I hereby certify that I have this day personally served Callie Evans at 6 Carrington Drive, Cartersville, GA 30120 on December 19, 2023 at 6:37 p.m. with a Summons and Complaint for Damages and Demand for Jury Trial with Attached Exhibits 1, 2 and 3.

Dated this the 28th day of December 2023.

_____

Nan Langford Winkelman
325 East 1st Avenue
Rome, GA 30161
706-346-4558

Sworn to and subscribed before
me on this the 28th day of December 2023

_____
Notary Public, State of Georgia
My Commission Expires: 5.25.25

CIVIL ACTION: SUCV2023001640

✤ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
BARTOW COUNTY, GEORGIA

**SUCV2023001640**

**JAN 02, 2024 10:40 AM**

*Melba Scoggins*
Melba Scoggins, Clerk
Bartow County, Georgia

IN THE SUPERIOR COURT OF BARTOW COUNTY
STATE OF GEORGIA

JAMES JOHN DUNCAN, JR.

      Plaintiff,

                            CIVIL ACTION NUMBER
                            SUCV2023001640

vs

BARTOW COUNTY, a political subdivision
of the State of Georgia;
CLARK MILLSAP in his individual capacity
and in his official capacity as Sheriff of
Bartow County, Georgia,
CORRECTHEALTH BARTOW, LLC;
MADISON BANKSTON; CHARLOTTE HALL;
TONYA JOSEPH; CHRISTINA CATRON;
REBECCA HAMILTON; SHEILA WILLIAMS;
PATRICIA LEE; KELLY KURTZ;
PHILLIP NOWLIN; FLESHA MYRICKS;
JENNIFER PULIDO; CHANTAL DESSOURCES;
CALLIE EVANS; AND
FIRST NAME UNKNOWN SHIRLEY

      Defendants,

RETURN OF SERVICE

      PERSONALLY APPEARED before me, the undersigned officer of
the State of Georgia authorized to administer oaths, NAN LANGFORD
WINKELMAN who, upon being duly sworn and under oath states the following:

1.

I am over the age of eighteen years, am legally competent and able to make this affidavit and have never been convicted of a felony in this or any other State, which is based upon my own personal knowledge.

2.

I make this affidavit for use in the above-captioned action and for all legal purposes do not know the parties and have no interest in the outcome.

3.

I hereby certify that I have this day personally served Lezie Dessources (co tenant) for Chantal Dessources at 33 Braemill Court, Dallas, GA 30157 on December 21, 2023 at 3:53 p.m. with a Summons and Complaint for Damages and Demand for Jury Trial with Attached Exhibits 1, 2 and 3.

Dated this the 28th day of December 2023.

Nan Langford Winkelman
325 East 1st Avenue
Rome, GA 30161
706-346-4558

Sworn to and subscribed before
me on this the 28th day of December 2023

Notary Public, State of Georgia
My Commission Expires: 5.25.25

CIVIL ACTION: SUCV2023001640

**⚡ EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
BARTOW COUNTY, GEORGIA

**SUCV2023001640**

**JAN 02, 2024 10:40 AM**

Melba Scoggins, Clerk
Bartow County, Georgia

IN THE SUPERIOR COURT OF BARTOW COUNTY
STATE OF GEORGIA

JAMES JOHN DUNCAN, JR.

      Plaintiff,

                                      CIVIL ACTION NUMBER
                                      SUCV2023001640

vs

BARTOW COUNTY, a political subdivision
of the State of Georgia;
CLARK MILLSAP in his individual capacity
and in his official capacity as Sheriff of
Bartow County, Georgia,
CORRECTHEALTH BARTOW, LLC;
MADISON BANKSTON; CHARLOTTE HALL,
TONYA JOSEPH; CHRISTINA CATRON;
REBECCA HAMILTON; SHEILA WILLIAMS;
PATRICIA LEE; KELLY KURTZ;
PHILLIP NOWLIN; FLESHA MYRICKS;
JENNIFER PULIDO; CHANTAL DESSOURCES;
CALLIE EVANS; AND
FIRST NAME UNKNOWN SHIRLEY

      Defendants,

RETURN OF SERVICE

      PERSONALLY APPEARED before me, the undersigned officer of
the State of Georgia authorized to administer oaths, NAN LANGFORD
WINKELMAN who, upon being duly sworn and under oath states the following:

1.

I am over the age of eighteen years, am legally competent and able to make this affidavit and have never been convicted of a felony in this or any other State, which is based upon my own personal knowledge.

2.

I make this affidavit for use in the above-captioned action and for all legal purposes do not know the parties and have no interest in the outcome.

3.

I hereby certify that I have this day personally served Christina Catron at her place of employment, Bartow County Jail, 104 Zena Drive, Cartersville, GA 30120 on December 20, 2023 at 6:30 p.m. with a Summons and Complaint for Damages and Demand for Jury Trial with Attached Exhibits 1, 2 and 3.

Dated this the 28th day of December 2023.

Nan Langford Winkelman
325 East 1st Avenue
Rome, GA 30161
706-346-4558

Sworn to and subscribed before
me on this the 28th day of December 2023

Notary Public, State of Georgia
My Commission Expires: 5.25.25

CIVIL ACTION: SUCV2023001640

⚖ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
BARTOW COUNTY, GEORGIA

**SUCV2023001640**

**JAN 02, 2024 10:40 AM**

*Melba Scoggins*
Melba Scoggins, Clerk
Bartow County, Georgia

## IN THE SUPERIOR COURT OF BARTOW COUNTY
## STATE OF GEORGIA

JAMES JOHN DUNCAN, JR.

      Plaintiff,

                                    CIVIL ACTION NUMBER
                                    SUCV2023001640

vs

BARTOW COUNTY, a political subdivision
of the State of Georgia;
CLARK MILLSAP in his individual capacity
and in his official capacity as Sheriff of
Bartow County, Georgia,
CORRECTHEALTH BARTOW, LLC;
MADISON BANKSTON; CHARLOTTE HALL,
TONYA JOSEPH; CHRISTINA CATRON;
REBECCA HAMILTON; SHEILA WILLIAMS;
PATRICIA LEE; KELLY KURTZ;
PHILLIP NOWLIN; FLESHA MYRICKS;
JENNIFER PULIDO; CHANTAL DESSOURCES;
CALLIE EVANS; AND
FIRST NAME UNKNOWN SHIRLEY

      Defendants,

## RETURN OF SERVICE

      PERSONALLY APPEARED before me, the undersigned officer of
the State of Georgia authorized to administer oaths, NAN LANGFORD
WINKELMAN who, upon being duly sworn and under oath states the following:

1.

I am over the age of eighteen years, am legally competent and able to make this affidavit and have never been convicted of a felony in this or any other State, which is based upon my own personal knowledge.

2.

I make this affidavit for use in the above-captioned action and for all legal purposes do not know the parties and have no interest in the outcome.

3.

I hereby certify that I have this day personally served Steve Taylor, County Commissioner for Bartow County at 135 W Cherokee Avenue, Cartersville, GA 30120 on December 29, 2023 at 9:30 a.m. with a Summons and Complaint for Damages and Demand for Jury Trial with Attached Exhibits 1, 2 and 3.

Dated this the 29th day of December 2023.

Nan Langford Winkelman
325 East 1st Avenue
Rome, GA 30161
706-346-4558

Sworn to and subscribed before
me on this the 29th day of December 2023

Notary Public, State of Georgia
My Commission Expires: 5.25.25

CIVIL ACTION: SUCV2023001640

🖶 EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BARTOW COUNTY, GEORGIA

**SUCV2023001640**

**JAN 02, 2024 10:40 AM**

Melba Scoggins, Clerk
Bartow County, Georgia

IN THE SUPERIOR COURT OF BARTOW COUNTY
STATE OF GEORGIA

JAMES JOHN DUNCAN, JR.

     Plaintiff,

vs

BARTOW COUNTY, a political subdivision
of the State of Georgia;
CLARK MILLSAP in his individual capacity
and in his official capacity as Sheriff of
Bartow County, Georgia,
CORRECTHEALTH BARTOW, LLC;
MADISON BANKSTON; CHARLOTTE HALL,
TONYA JOSEPH; CHRISTINA CATRON;
REBECCA HAMILTON; SHEILA WILLIAMS;
PATRICIA LEE; KELLY KURTZ;
PHILLIP NOWLIN; FLESHA MYRICKS;
JENNIFER PULIDO; CHANTAL DESSOURCES;
CALLIE EVANS; AND
FIRST NAME UNKNOWN SHIRLEY

     Defendants,

CIVIL ACTION NUMBER
SUCV2023001640

RETURN OF SERVICE

     PERSONALLY APPEARED before me, the undersigned officer of
the State of Georgia authorized to administer oaths, NAN LANGFORD
WINKELMAN who, upon being duly sworn and under oath states the following:

1.

I am over the age of eighteen years, am legally competent and able to make this affidavit and have never been convicted of a felony in this or any other State, which is based upon my own personal knowledge.

2.

I make this affidavit for use in the above-captioned action and for all legal purposes do not know the parties and have no interest in the outcome.

3.

I hereby certify that I have this day personally served Tonya Joseph at her place of employment, Bartow County Jail, 104 Zena Drive, Cartersville, GA 30120 on December 18, 2023 at 11:30 a.m. with a Summons and Complaint for Damages and Demand for Jury Trial with Attached Exhibits 1, 2 and 3.

Dated this the 28th day of December 2023.

Nan Langford Winkelman
325 East 1st Avenue
Rome, GA 30161
706-346-4558

Sworn to and subscribed before
me on this the 28th day of December 2023

Notary Public, State of Georgia
My Commission Expires: 5.25.25

CIVIL ACTION: SUCV2023001640

⚡ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
BARTOW COUNTY, GEORGIA

**SUCV2023001640**

**JAN 05, 2024 08:04 AM**

*Melba Scoggins*
Melba Scoggins, Clerk
Bartow County, Georgia

## IN THE SUPERIOR COURT OF BARTOW COUNTY
## STATE OF GEORGIA

JAMES JOHN DUNCAN, JR.

     Plaintiff,

                                   CIVIL ACTION NUMBER
                                   SUCV2023001640

vs

BARTOW COUNTY, a political subdivision
of the State of Georgia;
CLARK MILLSAP in his individual capacity
and in his official capacity as Sheriff of
Bartow County, Georgia,
CORRECTHEALTH BARTOW, LLC;
MADISON BANKSTON; CHARLOTTE HALL,
TONYA JOSEPH; CHRISTINA CATRON;
REBECCA HAMILTON; SHEILA WILLIAMS;
PATRICIA LEE; KELLY KURTZ;
PHILLIP NOWLIN; FLESHA MYRICKS;
JENNIFER PULIDO; CHANTAL DESSOURCES;
CALLIE EVANS; AND
FIRST NAME UNKNOWN SHIRLEY

     Defendants,

## RETURN OF SERVICE

     PERSONALLY APPEARED before me, the undersigned officer of
the State of Georgia authorized to administer oaths, NAN LANGFORD
WINKELMAN who, upon being duly sworn and under oath states the following:

1.

I am over the age of eighteen years, am legally competent and able to make this affidavit and have never been convicted of a felony in this or any other State, which is based upon my own personal knowledge.

2.

I make this affidavit for use in the above-captioned action and for all legal purposes do not know the parties and have no interest in the outcome.

3.

I hereby certify that I have this day personally served Kelly Kurtz at 4365 Serenity Lake Drive, Cumming, GA 30026 on January 3, 2024 at 12:05 p.m. with a Summons and Complaint for Damages and Demand for Jury Trial with Attached Exhibits 1, 2 and 3.

Dated this the 4th day of January 2024.

Nan Langford Winkelman
325 East 1st Avenue
Rome, GA 30161
706-346-4558

Sworn to and subscribed before
me on this the 4th day of January 2024

Notary Public, State of Georgia
My Commission Expires: Jan. 22, 2024

CIVIL ACTION: SUCV2023001640