IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES JOHN DUNCAN, JR., <br><br>     Plaintiff, <br><br> v. <br><br> BARTOW COUNTY, et al. <br><br>     Defendants. | Civil Action File No.: <br><br>   4:24-CV-00012-WMR |

## JOINT MOTION TO DISMISS LESS THAN ALL PARTIES

COME NOW, Plaintiff and all Defendants, and hereby move the Court pursuant to Federal Rules of Civil Procedure 21 and 41 for an order dismissing with prejudice any and all claims against the following two Defendants: CorrectHealth Bartow, LLC and CorrectHealth, LLC.

Federal Rules of Civil Procedure 21 and 41 govern the dismissal of parties and require leave of court before such a dismissal of fewer than all parties becomes effective. *See Liberty Mut. Ins. Co. v. Schulte*, 2024 U.S. Dist. LEXIS 230954, *5 (S.D.G.A. 2024). Plaintiff and all Defendants hereby agree and consent to a dismissal with prejudice and respectfully request that this Court dismiss the above two listed parties. Should the Court grant this Motion, the case will remain against

all remaining defendants.  All claims asserted by Plaintiff against the remaining

Defendants are not dismissed or affected by this Motion.

A proposed order is filed with this Motion.

This 30th day of April, 2026.

**For Plaintiff:**

_____/s/ Catherine Payne_____
Catherine D. Payne
Georgia Bar No. 463911
Anne Marie du Toit
Georgia Bar No. 213320

PAYNE & DU TOIT
2275 Marietta Blvd. NW
Ste. 270-245
Atlanta, GA 30318-2019
404-850-5000
cpayne@pdtfirm.com
adutoit@pdtfirm.com

**For CorrectHealth Defendants:**

_____/s/ Thomas E. Lavender III*_____
Thomas E. Lavender III
Georgia Bar No. 439389
Chelsea N. Murphy
Georgia Bar No. 919109
*Attorneys for CorrectHealth Defendants*

LAVENDER HOFFMAN EMERY, LLC
750 Hammond Drive
Building 2, Suite 200
Atlanta, GA 30328
(404) 400-4500 (phone and fax)

tlavender@lhefirm.com
cmurphy@lhefirm.com

**Defendant Millsap**

_____/s/ Steven M. Rodham*_____
Steven M. Rodham
Georgia Bar No. 611404
Attorney for Clark Millsap

WOMACK, RODHAM & RAY, P.C.
109 E. Patton Street
P.O. Box 549
LaFayette, GA 30728
Phone: 706-638-2234
Fax: 706-638-3173
srodham@wrrlawfirm.com

**For SHC Defendants**

____/s/ Michael D. Flint*_____
Michael D. Flint
Georgia Bar No. 264725
Mary Ellen Lighthiser
Georgia Bar No. 105407
_Attorneys for Defendants SHC Services,
Inc., and Sheila Williams_

McClure & Kornheiser, LLC
6400 Powers Ferry Road NW
Suite 150
Atlanta, GA 30339
Telephone: (678) 388-2680
mflint@mcclurelegal.com
mel@mcclurelegal.com

_*signed with express permission_

3

The undersigned counsel certifies that the foregoing has been prepared with one of the font and point selections approved by the court in LR 5.1B.

___/s/ Catherine Payne_____
Catherine D. Payne

## CERTIFICATE OF SERVICE

This is to certify that on April 30, 2026, I electronically filed the foregoing JOINT MOTION TO DISMISS LESS THAN ALL PARTIES with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

PAYNE & DU TOIT

/s/ Catherine Payne

2275 Marietta Blvd NW
Ste. 270-245
Atlanta, GA 30318-2019
404-850-5000
cpayne@pdtfirm.com
adutoit@pdtfirm.com

Catherine D. Payne
Georgia Bar No. 463911
Anne Marie du Toit
Georgia Bar No. 213320
*Attorneys for Plaintiff*

4